**DISMISS; and Opinion Filed August 26, 2019.**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-00767-CV

### IN RE GARMIN INTERNATIONAL, INC., Relator

**Original Proceeding from the 192nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-17-02833**

## MEMORANDUM OPINION

Before Justices Whitehill, Partida-Kipness, and Pedersen, III
Opinion by Justice Pedersen, III

Relator has filed a motion to dismiss its petition for writ of mandamus. Relator states that pursuant to a Rule 11 agreement, the trial court has vacated its June 10, 2019 order that is the subject of the mandamus petition. Accordingly, we grant the motion and dismiss relator's petition for writ of mandamus. *See* TEX. R. APP. P. 42.1.

/Bill Pedersen, III/
BILL PEDERSEN, III
JUSTICE

190767F.P05